UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILIP MONTELEPRE					CIVIL ACTION

VERSUS							NO. 08-3857

GREATER NEW ORLEANS				SECTION "C"(3)
EXPRESSWAY COMMISSION, ET AL.

## ORDER

The Court, after considering the parties' submissions regarding defendant's application for attorney's fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #35] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's **Motion to Assess Attorney's Fees and Costs [Doc. #28]** is hereby GRANTED in the amount of **$7,964.50**.

New Orleans, Louisiana, this 28 day October, 2009.

UNITED STATES DISTRICT JUDGE